THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSA HERTZ, Appellant, *v.* THE WARDEN OF THE CITY PRISON OF THE CITY OF NEW YORK, Respondent.

*People ex rel. Hertz* v. *Warden of City Prison*, *N. Y.*, 154 App. Div. 888, affirmed.

(Argued January 7, 1913; decided January 21, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

December 13, 1912, which affirmed an order of Special Term dismissing a writ of habeas corpus and remanding the relator to custody.

*Leon Levy* for appellant.

*Charles S. Whitman, District Attorney* (*Robert S. Johnstone* of counsel), for respondent.

Order affirmed; no opinion.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.